## Petty Unemployment Compensation Case.

Argued September 13, 1968. *Charles V. Henry, III,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Philco Corporation, Appellant, *v.* Louderback Transportation Company.

Argued September 10, 1968. *Paul J. Felixon,* with him *Irwin N. Rosenzweig,* and *Kaiser, Einbinder & Jaffee,* for appellant; *G. Wayne Renneisen,* with him *James P. Gannon,* and *Liebert, Harvey, Bechtle, Herting & Short,* for appellee.

Order affirmed.

SPAULDING, J., absent.